UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-61043-KMW

JONATHAN POLIN,

    Plaintiff,

v.

BLUE WATER CANVAS & UPHOLSTERY, INC.,
a Florida for-profit corporation, and
KERRY OSBORNE, individually,

    Defendants.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff, JONATHAN POLIN and Defendants, BLUE WATER CANVAS & UPHOLSTERY, INC., and KERRY OSBORNE their respective undersigned counsel, hereby jointly file this Motion to Approve Settlement Agreement and Dismissal with Prejudice and state as follows:

On June 2, 2022, Plaintiff initiated this lawsuit alleging minimum wage violations under the FLSA and state law. The Defendants deny that they violated the FLSA, or state law, in any manner; however, the parties have been able to reach a settlement concerning the Plaintiff's claims that were paid in full and have incorporated said settlement into a settlement agreement executed by both of the Parties. *See Settlement Agreement Attached as Exhibit A*.

Pursuant to Lynn's Food Stores, Inc. v. U.S, 679 F.2d 1350 (11th Cir. 1982), claims arising under the FLSA may be settled only with the approval of the Court or Secretary of Labor. The Parties stipulate that the negotiated settlement reached between the Parties represents a fair

resolution of Plaintiff's FLSA claims as well as Plaintiff's reasonable attorneys' fees and costs. *See Exhibit A*. The Parties also stipulate that the settlement reached between them advances judicial economy. *Id.*

The Parties further stipulate to the dismissal, with prejudice, of this action of all claims asserted, upon approval by the Court as requested above with each party to bear its own attorney's fees and costs. The Parties further request this Court retain jurisdiction to enforce that the Settlement Agreement entered into by and between the Parties. (See Settlement Agreement attached hereto as Exhibit "A").

Dated this __ day of September 2022.

| s/Jordan Richards<br>Jordan Richards, Esq.<br>Florida Bar No. 108372<br>Jake Blumstein, Esq.<br>Florida Bar No. 1017746<br>USA EMPLOYMENT LAWYERS –<br>JORDAN RICHARDS PLLC<br>1800 SE 10th Ave, Suite 205<br>Fort Lauderdale, Florida 33316<br>(954) 871-0050<br>jordan@jordanrichardspllc.com<br>jake@jordanrichardspllc.com<br>catherine@usaemploymentlawyers.com | s/Gabriel T. Roberts<br>Gabriel "Gabe" Roberts, Esq.<br>Florida Bar No. 1018435<br>Primary e-mail: groberts@scottwagnerlaw.com<br>Secondary e-mail: mail@scottwagnerlaw.com<br>SCOTT WAGNER & ASSOCIATES, P.A.<br>Jupiter Gardens<br>250 South Central Boulevard, Suite 104-A<br>Jupiter, FL 33458<br>Telephone: (561) 653-0008<br>Facsimile: (561) 653-0020<br>Secondary Address: 101 Northpoint Parkway<br>West Palm Beach, FL 33407<br>www.ScottWagnerLaw.com |
|---|---|