UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CIV-61043-WILLIAMS

JONATHAN POLIN,

    Plaintiff,

v.

BLUE WATER CANVAS &
UPHOLSTERY, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation ("***Report***") (DE 25) on the Joint Motion for Settlement and Dismissal ("***Joint Motion***") (DE 22) filed by the Parties. No objections were filed to the Report—the Parties filed a Joint Notice of Non-Objection to the Report (DE 26)—which recommends the Court grant the Joint Motion, approve the Parties' Settlement Agreement ("***Settlement***") (DE 22-1), dismiss Plaintiff's Complaint (DE 1) with prejudice, and retain jurisdiction for forty-five (45) days to enforce the Settlement. (DE 25 at 3.) Upon a careful review of the Report, the Joint Motion, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge Valle's Report (DE 25) is **AFFIRMED AND ADOPTED**;

2. The Settlement is **APPROVED**;

3. Plaintiff's Complaint (DE 1) is **DISMISSED WITH PREJUDICE**; and

4. This case remains **CLOSED**. The Court retains jurisdiction for forty-five (45) days from the date of this Order to enforce the terms of the Settlement.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 7th day of October, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE